IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris Leon, Nichole D

Printed: 12/28/07

Case Number: 06 B 07911
Judge: Hollis, Pamela S
Filed: 7/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: August 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,735.00 |  |
| Secured: |  | 2,470.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 266.06 |
| Other Funds: |  | 498.94 |
| Totals: | 5,735.00 | 5,735.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,500.00 | 2,500.00 |
| 2. | United Auto Credit | Secured | 10,900.31 | 1,950.00 |
| 3. | Balaban Furniture Ltd | Secured | 2,174.01 | 520.00 |
| 4. | Commonwealth Edison | Unsecured | 76.43 | 0.00 |
| 5. | Balaban Furniture Ltd | Unsecured | 83.62 | 0.00 |
| 6. | Verizon Wireless | Unsecured | 31.18 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 87.05 | 0.00 |
| 8. | United Auto Credit | Unsecured | 2.68 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 338.70 | 0.00 |
| 10. | ER Solutions | Unsecured | 58.14 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 96.16 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 123.70 | 0.00 |
| 13. | Black Expressions | Unsecured | | No Claim Filed |
| 14. | American Service Insurance Co | Unsecured | | No Claim Filed |
| 15. | Global Financing | Unsecured | | No Claim Filed |
| 16. | Cashnet | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Encore | Unsecured | | No Claim Filed |
| 22. | Midland Credit Management | Unsecured | | No Claim Filed |
| 23. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 24. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 25. | Merit School Of Music | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harris Leon, Nichole D | Case Number: 06 B 07911 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 7/6/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Northwest Premium Services | Unsecured | | No Claim Filed |
| 27. | Pay Day Express | Unsecured | | No Claim Filed |
| 28. | Pay Day Avenue | Unsecured | | No Claim Filed |
| 29. | SBC | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 31. | Safe Auto Insurance | Unsecured | | No Claim Filed |
| 32. | Sage Telecon | Unsecured | | No Claim Filed |
| 33. | Sprint | Unsecured | | No Claim Filed |
| 34. | Pay Day Loans | Unsecured | | No Claim Filed |
| 35. | Uptown Cash | Unsecured | | No Claim Filed |
| 36. | Target Corporation | Unsecured | | No Claim Filed |
| 37. | FMS Inc | Unsecured | | No Claim Filed |
| 38. | Watson Motorsport Ltd | Unsecured | | No Claim Filed |

```
                                          _____        _____
                                          $ 16,471.98       $ 4,970.00
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 133.20 |
| 5.4% | 132.86 |
| | _____ |
| | $ 266.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

